```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                   CASE NO. 08-60263-CIV-ZLOCH
```

RODNEY DEAS, TYESA SMITH,
and LATARCHA H. DEMERY,

      Plaintiffs,

vs.                                       **FINAL ORDER OF DISMISSAL**

REGIONS FINANCIAL CORPORATION,
and REGIONS BANK,

      Defendants.
_____/

      THIS MATTER is before the Court upon the Stipulation And Joint Motion For Approval Of Settlement Agreement, And For Dismissal Of Action With Prejudice filed herein by all Parties, bearing file stamp of the Clerk of Court dated September 23, 2008.  The Court has carefully reviewed said Stipulation and the entire court file and is otherwise fully advised in the premises.

      The Court notes that it may enter the requested Stipulation Of Dismissal "after scrutinizing the settlement for fairness." <u>Lynn's Food Stores, Inc. v. United States</u>, 679 F.2d 1350, 1353 (11th Cir. 1982).  After scrutinizing the Parties's settlement agreement, the Court finds it satisfies the <u>Lynn's Food</u> standard for fairness.

      Accordingly, after due consideration, it is

      **ORDERED AND ADJUDGED** as follows:

      1. The Stipulation And Joint Motion For Approval Of Settlement Agreement, And For Dismissal Of Action With Prejudice filed herein by all Parties, bearing file stamp of the Clerk of Court dated

September 23, 2008, be and the same is hereby approved, adopted and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

    3. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this   29th   day of September, 2008.

                                     WILLIAM J. ZLOCH
                                     United States District Judge

Copies furnished:

All Counsel of Record